IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  03-RJ-00001-BNB

UNITED STATES OF AMERICA,

Plaintiff,

v.

PETER B. GULLA,

Defendant,

and

N-8 CHIROPRACTIC & WELLNESS,

Garnishee.

_____

## ORDER
_____

This matter arises on the **Petition for Order Requiring Garnishee to Appear Before the Court to Answer Writ of Continuing Garnishment** [Doc. # 13, filed 10/17/2011] (the "Motion").

IT IS ORDERED:

(1)     The Motion [Doc. # 13] is GRANTED;

(2)     Garnishee, N-8 Chiropractic & Wellness, shall appear at Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, on **October 26, 2011, at 11:00 a.m.**, to answer the Writ of Continuing Garnishment;

(3)     Garnishee, N-8 Chiropractic & Wellness, shall withhold the required property pursuant to the Writ of Continuing Garnishment prior to the appearance date on October 26,

2011; and

      (4)     The United States of America is directed to cause a copy of this order to be served on N-8 Chiropractic & Wellness in such manner as is permitted by law and to file a proof of service on or before October 25, 2011.

Dated October 18, 2011.

                                   BY THE COURT:

                                   s/ Boyd N. Boland
                                   United States Magistrate Judge