IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  03-RJ-00001-BNB

UNITED STATES OF AMERICA,

Plaintiff,

v.

PETER B. GULLA,

Defendant,

and

COLORADO CHIROPRACTIC NEUROLOGY CONSULTANTS, INC.,
JOHN H. McQUITTY--REGISTERED AGENT,

Garnishee.

_____

**ORDER**
_____

This matter arises on the **Status Report** filed by the United States [Doc. # 24, filed 3/12/2012].

IT IS ORDERED:

(1)     A status conference is set for **March 29, 2012, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

(2)     Counsel for the United States and Dr. Peter B. Gulla shall attend the status conference **in person**.

(3)     The Clerk of the Court is directed to serve a copy of this Order on Dr. Peter B. Gulla by first class United States mail, postage prepaid, at the following address:

>    3510 Galley Road, # 104
>    Colorado Springs, Colorado 80909.

Dated March 13, 2012.

                                        BY THE COURT:

                                         s/ Boyd N. Boland
                                        United States Magistrate Judge