IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 03-rj-00001-BNB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

PETER B. GULLA,

        Defendant,

and

N-8 CHIROPRACTIC & WELLNESS,
d/b/a COLORADO CHIROPRACTIC NEUROLOGY CONSULTANTS, INC.,

        Garnishee.

---

## GARNISHEE ORDER

---

On motion of the United States, and good cause appearing, IT IS HEREBY ORDERED that N-8 Chiropractic & Wellness, d/b/a Colorado Chiropractic Neurology Consultants, Inc., shall, each pay period, pay 25% of Defendant's disposable wages to the United States and shall continue said payments until the judgment debt herein is paid in full, or until the Garnishee no longer has custody, possession, or control of any property belonging to the Defendant, or until further order of this Court.

**Payment Instructions:** Checks shall be make payable to U.S. Department of Justice and mail to:

    U.S. Attorney's Office
    Attn: Financial Litigation Unit
    1225 17th Street, # 700
    Denver, CO 80202

Please include the following in formation on each check:

    Name of defendant:    Peter B. Gulla

    Court Number:    03-rj-00001-BNB    .

BY THE COURT:

Dated: April 13, 2012

_____
UNITED STATES DISTRICT JUDGE

**BOYD N. BOLAND**
United States Magistrate Judge