IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 03-rj-00001-BNB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

PETER B. GULLA,

       Defendant.

and

HENNEN HEALTH SYSTEM,

       Garnishee.

---

ORDER DISMISSING WRIT OF GARNISHMENT

---

This matter coming before the Court on motion of the Plaintiff and the Court being fully advised in the premises, the Court hereby **ORDERS** that the Writ of Garnishment issued on April 11, 2012 [Docket No. 31] in this case is DISMISSED.

ORDERED and entered this 18th day of June, 2012.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge